IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:12mj 95 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, ANTHONY TAYLOR, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

On or about February 26, 2012 in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and being a place within the special territorial jurisdiction of the United States, defendant, ANTHONY TAYLOR, was found operating a motor vehicle on the highways of Virginia, after his license and privilege to operate a motor vehicle had been suspended. (In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-301.)

## COUNT TWO

On or about February 26, 2012, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, ANTHONY TAYLOR, did unlawfully exceed the posted speed limit, to wit: 59 MPH in a posted 45 MPH zone.

(In violation of 32 C.F.R. Section 634.25(f), assimilating the 1950 Code of Virginia, as amended, Section 46.2-878.)

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: *[signature]*
Michael T. O'Neill
Special Assistant United States Attorney