MISDEMEANOR PROCEEDINGS

DATE: **3-26-12**

JUDGE: **Novak**

INTERPRETER: _____

UNITED STATES OF AMERICA

v.

**Anthony Taylor**

CASE NO.: **3:12MJ095**

TAPE: **FTR**

Initial/preliminary hearing (✓)
Arraignment/trial ( )
Probation/Identity ( )
Rule 5(a) Bond Hearing (✓)
Sentencing ( )
Other _____ ( )

AUSA **Michael T. O'Neill**

Counsel **W/O**

Witness(es): _____
_____

ARRAIGNMENT PROCEEDINGS:
____ Statement of rights and waiver, executed
____ Financial Affidavit, submitted for approval
____ CJA counsel to be appointed
____ Govt's motion to amend Ct. ___ to _____, Granted
____ Deft. Entered plea of _____
____ Deft. Waived/requested trial by jury
____ Deft. Failed to appear
____ Govt's motion to dismiss _____

✓ Deft. Advised of charges/penalties/rights

✓ Govt/Deft's motion for continuance, Granted **PTD**

____ Govt's motion for warrant, granted
Pending finding of probable cause _____, Granted

TRIAL PROCEEDINGS:
____ Opening Statements
____ Govt. adduced evidence, rested
____ Deft adduced evidence, rested
____ Rebuttal evidence
____ Closing Arguments
____ Findings stated from the bench
   Judgment: ____ Not guilty as to Counts ____
            ____ Guilty as to Counts ____

____ Witness excluded on motion of ____

Case set:          Began:          Ended:          Time in Court:


PTD

Other: **Govt motion to continue matter for six (6) months GRANTED. Deft placed in Pretrial Diversion PROGRAM.**

____ Motions filed within ___ days
____ Reply within ____ days

____ Responses within _____ days
____ Jury instructions filed 7 days prior to trial

License suspended for _____ day(s)/year
Effective _____

____ ASAP

____ Restricted License:
____ To and from Work
____ during work, if required
____ necessary medical
____ transport children
____

____ ASAP
____ probation
____ to jail
____
____

Fine to be paid by _____, 20 ____

Restitituion: $ _____
To:
_____
_____
_____

Defendant advised of right of appeal within 14 days ( )

Continued to _____, 20____ at _____ ___.M. for _____

____ Defendant released on PR bond
____ Defendant remanded to custody

____ Defendant continued on bond
____ Defendant directed to appear

OL _____
CH _____
GR _____
Fine $ _____ to $ _____