IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:12MJ095

ANTHONY TAYLOR

### ORDER

This matter is before the Court having been taken under advisement for a period of time with the understanding that the case would be dismissed if the defendant complied with the various terms including not violating any federal, state, or local law. It appearing that the specified time period has elapsed, and that the defendant has fully complied with all terms, it is hereby

ORDERED that the case is DISMISSED, WITH PREJUDICE.

Let the Clerk forward a copy of this Order to all parties.

AND IT IS SO ORDERED.

_____/s/_____
David J. Novak
UNITED STATES MAGISTRATE JUDGE

DATED: September 20, 2012